# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Chessman

V.

Internal Revenue Service, et al.,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv1721WQH(NLS)

[ ] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant Commissioner of Internal Revenue is dismissed and the Court Orders the Clerk to enter judgment for Defendant Internal Revenue Service.

| November 28, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | /s/ G Cazares |
| | (By) Deputy Clerk |
| | ENTERED ON November 28, 2006 |